JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENEVA LAWTON,** | ) Case No. 8:13-cv-00737-JLS-AN |
| Plaintiff, | ) **JUDGMENT** |
| vs. | ) |
| **CALVARY INVESTMENTS, LLC, ET AL.** | ) |
| Defendants. | ) |

On February 10, 2014, the Court granted Defendants' motion to dismiss Plaintiff's Second Amended Complaint.  (Doc. 41.)  The Court's Order stated that "[a]ny amended complaint must be filed within 21 days of this Order."  (*Id.* at 5.)  Accordingly, the amended complaint was due on or before March 3, 2014.  To date, Plaintiff has not filed an amended complaint.

Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and judgment is entered in favor of the Defendants and against Plaintiff on all claims.

Date:  March 24, 2014

<u>JOSEPHINE L. STATON</u>
Honorable Josephine L. Staton
United States District Judge